IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Darrell Sheets,<br><br>                     Plaintiff,<br><br>v.<br><br>Corizon Health Incorporated, et al.,<br><br>                     Defendants. | No. CV-15-00499-PHX-GMS<br><br>**ORDER** |

   Pending before the Court are Plaintiff's Civil Rights Complaint and United States Magistrate Judge James F. Metcalf's Report and Recommendation ("R&R").  Docs. 1, 20.  The R&R recommends that the Court dismiss the Complaint without prejudice. Doc. 20 at 3.  The Magistrate Judge advised the parties that they had fourteen days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R.  *Id.* at 3 (citing Fed. R. Civ. P. 72; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

   The parties did not file objections, which relieves the Court of its obligation to review the R&R.  *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to.").  The Court has nonetheless reviewed the R&R and finds that it is well-taken. The Court will accept the R&R and dismiss the Complaint without prejudice.  *See*

28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED:**

1. Magistrate Judge Metcalf's R&R (Doc. 20) is **accepted**.

2. Plaintiff's Civil Rights Complaint (Doc. 1) against Defendant Pratt **dismissed without prejudice**.

3. The Clerk of Court shall **terminate** Defendant Pratt from this action.

Dated this 17th day of November, 2015.

_____
Honorable G. Murray Snow
United States District Judge